IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: Nottia Reed<br><br>Bertha McGee<br><br>v.<br><br>Nottia Reed<br><br>Debtor(s) | Case No.:18-19801<br><br>Adversary No: 18-00837<br><br>Judge: Barnes<br><br>Chapter:13 |

## Answer to Plaintiff's Complaint to Determine Dischargeability of Indebtedness

Nottia Reed, hereby answers the Adversary Complaint as follows:

### Count I

1. Defendant admits this allegation.

2. Defendant admits this allegation.

3. Defendant admits this allegation.

4. Defendant has no knowledge of these facts.

5. Defendant has no knowledge of these facts.

6. Defendant admits this allegation.

7. Defendant admits this allegation.

8. Defendant denies this allegation.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 16 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 4

9. Defendant denies this allegation.

10. Defendant denies this allegation.

11. . Defendant has no knowledge of these facts.

12. Defendant has no knowledge of these facts

13. Defendant denies this allegation.

14. Defendant denies this allegation.

Wherefore, Nottia Reed prays that this Court enter judgment in her favor an dismiss the Adversary Complaint

## Count II

15. Defendant repeats and realleges her answers to paragraphs 4 thorugh 10 as her answer to this paragraph 15.

16. Defendant has no knowledge of these facts.

17. Defendant denies this allegation.

18. Defendant denies this allegation.

19. Defendant admits this allegation.

Wherefore, Nottia Reed prays that this Court enter judgment in her favor an dismiss the Adversary Complaint.

Notti Reed

Notti Reed
9249 S. Loomis
Chicago, IL 60620

## Certificate of Service

I verify under penalty of perjury that on _November 16th_, 2018, I mailed a copy of this document to:

Dan Kolodziej
Borovsky & Ehrlich
111 E. Wacker Drive
Suite 1325
Chicago, ~~Illinois~~ 60601

_Nottia Reed_  773 988-6818
Nottia Reed