UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>Nottia M Reed,<br>    Debtor.<br>Bertha McGee<br>    Plaintiff,<br>v.<br>Nottia M Reed,<br>    Defendant. | Case No. 18 B 19801<br><br>Chapter 13<br><br>Judge Timothy A. Barnes<br><br><br><br>Adversary No. 18 A 00837 |

## ORDER SETTING SCHEDULING CONFERENCE

A scheduling conference will be held in this adversary proceeding/contested matter on **January 31, 2019 at 10:00 a.m.** in Courtroom **744**, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

To prepare for the conference the parties are directed to confer concerning the following matters, on which the court may take appropriate action at the scheduling conference:

1. the existence of disputes concerning jurisdiction or venue;
2. the need to amend the pleadings, join additional parties, or file motions attacking the pleadings;
3. subjects on which discovery may be needed, including discovery of expert witnesses, and when discovery should be completed;
4. the possibility of settlement, court-assisted settlement, or referral to mediation;
5. with respect to the possibility of referral to mediation counsel should be prepared to address what steps have been taken to explain mediation to the parties and whether the parties will consent to mediation;
6. the appropriateness and timing of summary disposition under Federal Rule of Bankruptcy Procedure 7056;
7. the anticipated length of the trial; and
8. such other matters as may facilitate the just, speedy, and inexpensive resolution of this proceeding/matter.

IT IS FURTHER ORDERED, in accordance with Federal Rule of Bankruptcy Procedure 7026, that the parties are to conduct the Bankruptcy Rule 7026(f) planning conference on or before **January 3, 2019**. Parties shall submit the written discovery plan with the Court on or before **January 10, 2019**.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 20, 2018