UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>NOTTIA REED,<br><br>    DEBTOR | Bankruptcy Petition No: 18-19801<br>Judge Timothy A. Barnes<br>Chapter 13 |
| BERTHA MCGEE<br>    Plaintiff,<br>vs.<br><br>NOTTIA REED,<br>    Defendant. | Adv. No. 18-00837 |

## NOTICE OF MAILING OF SUBPOENA

To:    Ms. Nottia Reed
       9249 S. Loomis
       Chicago, IL 60620

**PLEASE TAKE NOTICE** that on the 15TH day of July, 2019, Plaintiff's caused to be mailed, the attached Subpoena, a copy of which is hereby served upon you.

By: _____
Daniel R. Kolodziej, one of the Plaintiff's Attorneys

DALEY & GEORGES
Attorneys for Plaintiff
20 S. Clark St., Ste. 400
Chicago, IL 60603
Telephone No: (312) 861-0808

---

CERTIFICATE OF DELIVERY

The undersigned hereby certifies under penalties of perjury that the above Notice of Service and attached Documents were sent via first class mail and/or placed in a properly addressed envelope, directed to the parties at the addresses set forth on the attached service list, with proper postage prepaid and deposited in the U.S. Mail at 20 S. Clark St., Chicago, IL 60603, prior to 5:00 P.M., on July 16, 2019.

_____               Lauren Eaves
(Signature)                                                        (Print Name)